HENRY MERRITT, *Appellant, v.* WILLIAM CARPENTER, *as Administrator, etc., Respondent.* — Judgment reversed, new trial granted. Referee discharged, costs to abide event. Opinion by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK, *Defendants in Error, v.* JOSEPH ABBOTT, *Plaintiff in Error.*— Judgment and conviction affirmed. Opinion by BOCKES, J.

LUCY E. WITTER, *Respondent, v.* RALPH BREWSTER, *Appellant.* — Motion for new trial granted, costs to abide event. Opinion by BOARDMAN, J. ; mem. by LEARNED, P. J.

JOSEPH DORGAN, *Appellant, v.* WILLIAM W. HARTWELL and others, *Respondents.* — Judgment affirmed, with costs. Opinion by BOCKES, J.

JOHN CORL, *Respondent, v.* THE SYRACUSE, BINGHAMTON AND NEW YORK RAILROAD COMPANY, *Appellant.* — Judgment and order affirmed, with costs. Opinion by LEARNED, P. J.

MARTHA A. OLIVER, *Appellant, v.* ROBERT W. LIVINGSTON and BYRON POND, *Executors, etc.,* and others, *Respondents.* — Decree reversed in accordance with opinion, and remitted to surrogate for resettlement, costs to appellant out of estate. Order to be settled before BOARDMAN, J. Opinion by BOARDMAN, J.

HARRY JANSEN, *Appellant, v.* REUBEN BERNARD, *as Executor, etc., Respondent.*— Judgment affirmed, with costs. Opinion by BOCKES, J.

ABIEL STODDARD and others, *Administrators, etc., Appellants, v.* JAMES M. GAILOR and others, *Respondents.*— Judgment affirmed, with costs against appellants. Opinion by LEARNED, P. J.

BENJAMIN F. SWEET, *Appellant, v.* MORGAN S. NORTHROP, *Executor, etc., Respondent.* — Decree reversed, advancement charged, costs of appeal against respondent. Order to be settled before BOARDMAN, J. Opinion by BOARDMAN, J.

MARY E. NEWTON, *Appellant, v.* SAMUEL M. WALLER and others, *Respondents.* — Order reversed, with ten dollars costs and printing disbursements, and motion denied with ten dollars costs. Opinion by BOCKES, J., and by BOARDMAN, J., dissenting.